### GUARD *v.* THE STATE.

LAMAR, J.  There was no complaint of the charge of the court.  The evidence objected to was clearly admissible.  The verdict was sustained by the evidence ; and the judgment of the court refusing a new trial is

*Affirmed. By five Justices.*

Submitted January 19, — Decided February 9, 1903

Indictment for murder.  Before Judge Evans.  Bulloch superior court.  December 1, 1902.

*H. B. Strange,* for plaintiff in error.  *John C. Hart, attorney-general,* and *B. T. Rawlings, solicitor-general,* contra